Edward W. Swanson, SBN 159859
ed@smllp.law
Audrey A. Barron, SBN 286688
audrey@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Chen Song

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-MJ-70968 MAG |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER** |
| v. | |
| CHEN SONG, | |
| Defendant. | |

Defendant Chen Song, by and through her counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Benjamin Kingsley, hereby stipulate and agree as follows:

Defendant was charged by criminal complaint on July 17, 2020 and arrested on that complaint on July 18, 2020. She made her initial appearance in this district on July 20, 2020. On that date, the government moved for detention. On July 21, 2020, defendant was released on conditions, and a preliminary hearing was scheduled for August 10, 2020 at 10:30 a.m. On July 23, 2020, the government moved for reconsideration of the release order. That motion is still pending and scheduled for a hearing on July 31, 2020. Also on July 23, 2020, new defense counsel began representing defendant.

The parties request a continuance of the deadline to submit the bond package to secure Ms. Song's bond with real property pursuant to General Order 55. Ms. Song's family is working to obtain a title report and appraisal of the property that will secure the bond. The parties request that the Court

1 continue the deadline to submit the bond package until August 5, 2020.

3 DATED: July 28, 2020

  /s/
  BENJAMIN KINGSLEY
  Assistant United States Attorney

  /s/
  EDWARD SWANSON
  Counsel for Defendant Chen Song

STIPULATION AND [PROPOSED] ORDER          2
20-MJ-70968 MAG

**[PROPOSED] ORDER**

For the reasons stated above, the deadline for the bond package to secure Ms. Song's bond is continued until August 5, 2020.

IT IS SO ORDERED.

DATED: July 29, 2020

HONORABLE SALLIE KIM
United States Magistrate Judge