UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>                Plaintiff,<br>   v.<br>CHEN SONG,<br>                Defendant. | Case No. 20-mj-70968-MAG-1   (SK)<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE**<br><br>Regarding Docket Nos. |

At the hearing today July 31, 2020, the Court modified the defendant's conditions of release. The condition that defendant shall be subject to home confinement is lifted. Instead, the defendant shall observe a curfew and remain at her residence between the hours of 8:00 PM to 6:00 AM. In addition, defendant may not travel to the city of San Francisco without prior approval of Pretrial Services.

The Court sets a status conference for September 28, 2020 at 11:30 AM by Zoom to revisit the necessity of location monitoring.

**IT IS SO ORDERED**.

Dated: July 31, 2020



SALLIE KIM
United States Magistrate Judge