```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611152397
Cashier ID: buensum
Transaction Date: 01/05/2021
Payer Name: CHEN SONG

COMMERCIAL REGISTRY OTHER
 For: CHEN SONG
 Case/Party: D-CAN-3-20-MJ-070968-001
 Amount:         $0.00

NON-CASH COLLATERAL
 Amt Tendered:   $0.00

Total Due:       $0.00
Total Tendered:  $0.00
Change Amt:      $0.00

2020260754 DEED OF TRUST

10/06/2020


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```

# UNITED STATES DISTRICT COURT
## Northern District of California
### CLERK'S OFFICE

SUSAN Y. SOONG
Clerk of Court
FINANCE DEPARTMENT

450 Golden Gate Avenue
San Francisco, CA 94102
Phone: 415-522-4621
Fax: 415-522-2150

January 5, 2021

Sulan Wang
c/o Edward Swanson
Swanson & McNamara LLP
300 Montgomery St., Ste 1100
San Francisco, CA 94104

Subject: Collateral Receipt #34611152397

Dear Sir/Madam:

Attached is a receiving record receipt for posting collateral to the Court to secure an appearance bond.

Please keep this receipt and return it to the Court when the collateral is returned to you upon exoneration of the bond.

Sincerely,

/s/
Ana P Banares
Financial Supervisor

Enclosure(s): Receipt#34611152397

INTERPRETER

# U.S. District Court
## California Northern District (San Francisco)
### CRIMINAL DOCKET FOR CASE #: 3:20-mj-70968-MAG-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Song | Date Filed: 07/17/2020 |

Assigned to: Magistrate Judge

**Defendant (1)**

**Chen Song**      represented by    **Edward W. Swanson**
Swanson & McNamara LLP
300 Montgomery St.
Suite 1100
San Francisco, CA 94104
(415) 477 3800
Fax: (415) 477 9010
Email: ed@smllp.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Tamara A Crepet**
Federal Public Defender
55 South Market Street
Suite 820
San Jose, CA 95113
408-291-7753
Email: tamara_crepet@fd.org
*TERMINATED: 07/28/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Audrey A. Barron**
Swanson & McNamara LLP
300 Montgomery St.
Suite 1100
San Francisco, CA 94104
415-477-3800
Email: audrey@smllp.law
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                       **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                 **Disposition**

**GPO** U.S. GOVERNMENT PRINTING OFFICE: 2018-671-305

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE November 30, 2020 | CASE NUMBER 3:20-mj-70968 |
|---|---|---|---|
| NAME OF DEFENDANT Chen Song | ADDRESS 8501 Central Avenue Newark, CA 94560 | | TELEPHONE NUMBER |
| NAME OF ☒ SURETY ☐ CO-SIGNER ☒ CUSTODIAN Sulan Wang | ADDRESS 8501 Central Avenue Newark, CA 94560 | | TELEPHONE NUMBER |
| NAME OF ☐ SURETY ☐ CO-SIGNER ☐ CUSTODIAN | ADDRESS | | TELEPHONE NUMBER |

| AMOUNT OF BOND ☐ PERSONAL RECOGNIZANCE $ 250,000 | ☐ UNSECURED ☒ SECURED BY $ | ☐ DEPOSIT RECEIVED FROM: | ☒ OTHER SECURITY: 8501 Central Avenue Newark, CA 94560 TO BE POSTED BY: / /2020 | TIME/DATE OF NEXT APPEARANCE | COURTROOM/JUDGE Kim |

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

☒ Defendant must appear at all proceedings as ordered by the Court and must surrender for service of any sentence imposed.
☒ Defendant must not commit any federal, state, or local crime.
☒ Defendant must not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. § 1503, 1510, 1512, and 1513, on reverse side.
☒ Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed to Pretrial Services.
☒ Defendant must surrender all passports and other travel documents to Pretrial Services by __7/22/2020__ and must not apply for other passports or travel documents.
☐ Defendant must not possess any firearm, destructive device, or other dangerous weapon.
☐ Defendant must not use alcohol to excess and must not use or possess any narcotic or other controlled substance without a legal prescription.
☐ Defendant must maintain current employment, or if unemployed must seek and maintain verifiable employment, or must commence an educational program subject to approval by Pretrial Services.
☐ Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services.
☐ Defendant must participate in substance abuse treatment, on an outpatient or residential basis, as directed by Pretrial Services.
☐ Defendant must participate in mental health treatment as directed by Pretrial Services.
☐ Defendant must have no contact, directly or indirectly, with any co-defendant outside of the presence of counsel.
☒ Defendant must not change residence or telephone number without prior approval of Pretrial Services.
☒ Defendant must remain in the custody of custodian __Sulan Wang__ at __8501 Central Avenue Newark, CA 94560__. The custodian must supervise defendant and report any violation of a release condition to Pretrial Services. A custodian who fails do so may be prosecuted for contempt.
☐ Defendant must reside in a halfway house at _____ and must comply with all conditions of that facility.
☒ Defendant must comply with the following location restrictions:
  ☒ [A] Defendant must not travel outside of: ☒ the Northern District of California (see map on reverse side), ☐ other: _____.
  ☒ [B] Defendant must observe a curfew and remain at his/her residence every day from __8:00pm__ to __6:00am__, except as directed by Pretrial Services.
  ☐ [C] Defendant must remain at his/her residence at all times except for: ☐ employment; ☐ education; ☐ religious services ☐ medical, substance abuse, or mental health treatment; ☐ attorney visits ☐ court appearances; ☐ court-approved obligations; ☐ or other activities approved in advance by ☐ Pretrial Services, ☐ the Court.
☐ Defendant must submit to location monitoring ☐ by GPS ☐ by RF, ☐ as directed by Pretrial Services to ensure compliance with:
  ☐ All court-ordered location restrictions.
  ☐ The following court-ordered location restrictions:
☒ The following conditions also apply:

  - The Defendant may consult with officials of the PRC only in the presence of counsel.
  - Defendant may not travel to the city of San Francisco without the prior approval of Pretrial Services.

Defendant must contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE AND APPEARANCE

If defendant does not obey these conditions of release and appearance, payment of the full amount of this bond will be due, and all cash or property posted to secure it will be forfeited. Judgment may be entered and executed against defendant and all sureties or co-signers jointly and severally. An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings. Defendant will be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. §§ 3146 and 3147, on reverse side.
We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF DEFENDANT /s/ Chen Song | SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN |
|---|---|
| SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN /s/ Sulan Wang    Dated: 11/30/2020 | SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN |

**FEDERAL JUDICIAL DISTRICTS IN CALIFORNIA**



**FEDERAL PRETRIAL SERVICES NORTHERN DISTRICT**

**U.S. Pretrial Services Agency**
450 Golden Gate Ave., Room 18-5497
San Francisco, CA 94102
(415) 436-7500/436-7501

**U.S. Pretrial Services Agency**
280 S. First Street, Suite 1150
San Jose, CA 95113
(408) 535-5222/535-5229

**U.S. Pretrial Services Agency**
1301 Clay Street, Suite 100C
Oakland, CA 94612
(510) 637-3750/637-3751

**U.S. Pretrial Services Agency**
777 Sonoma Ave., Suite 323
Santa Rosa, CA 95404
(707) 575-3423

**U.S. Pretrial Services Agency**
3140 Boeing Ave.
McKinleyville, CA 95519
(707) 575-3423/(415)436-7501

## § 1503. Influencing or injuring officer or juror generally.

Whoever corruptly, or by threats or force, or by any threatening letter or communication, endeavors to influence, intimidate, or impede any grand or petit juror or officer in or of any court of the United States, or officer who may be serving at any examination or other proceeding before any United States commissioner or other committing magistrate, in the discharge of his duty, or injures any such grand or petit juror in his person or property on account of any verdict or indictment assented to by him, or on account of his being or having been such juror, or injures any such officer, commissioner, or other committing magistrate in his person or property on the account of the performance of his official duties, or corruptly or by threats or force, or by any threatening letter or communication, influences, obstructs or impedes, or endeavors to influence, obstruct, or impede, the due administration of justice, shall be fined not more than $5,000, or imprisoned not more than five years, or both.

## § 1510. Obstruction of criminal investigations.

(a) Whoever willfully endeavors by means of bribery to obstruct, delay, or prevent the communication of information relating to a violation of any criminal statute of the United States by any person to a criminal investigator shall be fined not more than $5,000, or imprisoned not more than five years, or both.

## § 1512. Tampering with a witness, victim, or an informant.

(a) Whoever knowingly uses intimidation or physical force, or threatens another person, or attempts to do so, or engages in misleading conduct toward another person with intent to-
(1) influence the testimony of any person in an official proceeding;
(2) cause or induce any person to-
  (A) withhold testimony, or withhold a record, document, or other object, from an official proceeding;
  (B) alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding;
  (C) evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object in an official proceeding; or
  (D) be absent from an official proceeding to which such person has been summoned by legal process; or
(3) hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings; shall be fined not more than $250,000 or imprisoned not more than ten years, or both.
(b) Whoever intentionally harasses another person and thereby hinders, delays, prevents, or dissuades any person from-
(1) attending or testifying in an official proceeding;
(2) reporting to a law enforcement officer or judge of the United States the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings.
(3) arresting or seeking the arrest of another person in connection with a Federal offense; or
(4) causing a criminal prosecution, or a parole or probation revocation proceeding, to be sought or instituted, or assisting in such prosecution or proceedings; or attempts to do so, shall be fined not more than $25,000 or imprisoned not more than one year or both.

## § 1513. Retaliation against a witness, victim, or an informant.

(a) Whoever knowingly engages in any conduct and thereby causes bodily injury to another person or damages the tangible property of another person or threatens to do so, with intent to retaliate against any person for-
(1) the attendance of a witness or party at an official proceeding, or any testimony given or any record, document, or other object produced by a witness in an official proceeding or
(2) any information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceeding given by a person to a law enforcement officer, or attempts to do so shall be fined not more than $250,000 or imprisoned not more than ten years or both.

## § 3146. Penalty for failure to appear

(a) Offense-A person commits an offense, if after having been released pursuant to this chapter-
(1) he knowingly fails to appear before a court as required by the conditions of his release; or
(2) he knowingly fails to surrender for service of sentence pursuant to a court order.
(b) Grading-if the person was released-
(1) in connection with a charge of, or while awaiting sentence, surrender for service of sentence, or appeal or certiorari after conviction for-
  (A) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, he shall be fined not more than $25,000 or imprisoned for not more than ten years, or both;
  (B) an offense punishable by imprisonment for a term of five or more years, but less than fifteen years, he shall be fined not more than $10,000 or imprisoned for not more than five years, or both;
  (C) any other felony, he shall be fined not more than $5,000 or imprisoned for more than two years, or both; or
  (D) a misdemeanor, he shall be fined not more than $2,000 or imprisoned for not more than one year, or both; or
(2) for appearance as a material witness, he shall be fined not more than $1,000 or imprisoned for not more than one year, or both.
A term of imprisonment imposed pursuant to this section shall be consecutive to the sentence of imprisonment for any other offense.

## § 3147. Penalty for an offense committed while on release.

A person convicted of an offense committed while released pursuant to this chapter shall be sentenced, in addition to the sentence prescribed for the offense to-
(1) a term of imprisonment of not less than two years and not more than ten years if the offense is a felony; or
(2) a term of imprisonment of not less than ninety days and not more than one year if the offense is a misdemeanor.
A term of imprisonment imposed pursuant to this section shall be consecutive to any other sentence of imprisonment.

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 7 minutes | |
|---|---|---|---|
| **MAGISTRATE JUDGE**<br>**MINUTE ORDER - ZOOM** | DEPUTY CLERK<br>Melinda K. Lock | REPORTER/FTR<br>Zoom Recording Time: 11:31-11:38 | |
| MAGISTRATE JUDGE<br>SALLIE KIM | DATE<br>November 30, 2020 | NEW CASE<br>☐ | CASE NUMBER<br>3:20-mj-70968-MAG |

### APPEARANCES

| DEFENDANT<br>Chen Song | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Edward Swanson/Audrey Barron | PD. ☐ RET. ☐<br>APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Benjamin Kingsley | INTERPRETER<br>Kitty Shek - Mandarin | | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Sean Hamel | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING<br>held | ☐ IA REV PROB. or<br>or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT<br>HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Defendant waives personal appearance and consents to proceeding by video. The surety is notified that the bond has been increased to $250,000, which is secured by her home, and consents to the Court signing the amended bond on her behalf.

DOCUMENT NUMBER:

Recording Requested by

**ATTORNEY OF RECORD**

Edward Swanson
Swanson & McNamara, LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104

**WHEN RECORDED MAIL TO:**
Susan Y. Soong, Clerk of the US District
Court for the Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

2020260754   10/06/2020 08:36 AM   3 PGS
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK, CLERK-RECORDER
RECORDING FEES: $204.00

THIS SPACE FOR RECORDER'S USE

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS SECURING A PERSONAL SURETY BOND TO THE UNITED STATES DISTRICT COURT

THIS DEED OF TRUST, made this 21st day of September, 20 20 between Sulan Wang
herein called TRUSTOR, whose address is: 8501 Central Ave, Newark, CA 94560 and Susan Y. Soong, Clerk, United States District Court for the Northern District of California, herein called both TRUSTEE and BENEFICIARY.

**WITNESSETH:** That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE, that property in Alameda County, California, described as: *(ATTACH PROPERTY DESCRIPTION ON SEPARATE PAGE)* TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.

For the purpose of securing performance of each agreement of Trustor incorporated by reference or contained herein under the bond(s) posted on behalf of defendant(s) Chen Song in Case No. CR 20-70968 MAG which includes an obligation by said Trustor's surety (ies) in the amount of $ 100,000.00 secured by Property.

**TO PROTECT THE SECURITY OF THIS DEED OF TRUST, TRUSTOR AGREES:** By the execution and delivery of this Deed of Trust and the note or the Personal Surety Bond secured hereby, that provisions (1) to (14), inclusive, (which provisions, identical in all counties, are printed on the reverse hereof) of the fictitious deed of trust recorded in the book and at the page of Official Records in the office of the County Recorder of the County where said property is located, noted below with the County name, viz:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | RE5477 | IM 148 | Kings | 1122 | 516 | Placer | 1996 | 591 | Sierra | 78 | 652 |
| Alpine | 30 | 374-376 | Lake | 942 | 153 | Plumas | 291 | 119 | Siskiyou | 824 | 414 |
| Amador | 333 | 343 | Lassen | 334 | 458 | Riverside | 1978 | 140181 | Solano | 1978 | 55321 |
| Butte | 2301 | 464 | Los Angeles | 78-738583 | — | Sacramento | 78-07-07 | 1144 | Sonoma | 3421 | 802 |
| Calaveras | 475 | 244 | Madera | 1406 | 233 | San Benito | 432 | 18 | Stanislaus | 3074 | 385 |
| Colusa | 461 | 325 | Marin | 3400 | 76 | San Bernardino | 9469 | 1383 | Sutter | 929 | 678 |
| Contra Costa | 8914 | 326 | Mariposa | 185 | 364 | San Diego | 1978 | 78-285214 | Tehama | 755 | 108 |
| Del Norte | 219 | 441 | Mendocino | 1157 | 523 | San Francisco | C601 | 709 | Trinity | 192 | 632 |
| El Dorado | 1649 | 92 | Merced | 2130 | 629 | San Joaquin | 4420 | 184 | Tulare | 3549 | 778 |
| Fresno | 7069 | 711 | Modoc | 255 | 590 | San Luis Obispo | 2084 | 280 | Tuolumne | 539 | 129 |
| Glenn | 631 | 343 | Mono | 246 | 573 | San Mateo | 7759 | 2337 | Ventura | 5158 | 219 |
| Humboldt | 1500 | 553 | Monterey | 1257 | 744 | Santa Barbara | 78-30910 | — | Yolo | 1316 | 148 |
| Imperial | 1418 | 1241 | Napa | 1088 | 368 | Santa Clara | D797 | 194 | Yuba | 671 | 393 |
| Inyo | 232 | 93 | Nevada | 963 | 297 | Santa Cruz | 2933 | 275 | | | |
| Kern | 5123 | 521 | Orange | 12749 | 728 | Shasta | 1536 | 350 | | | |

are hereby adopted and incorporated herein and made a part hereof as though fully set forth herein at length; that Trustor will observe and perform said provisions; and that the references to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in the Deed of Trust. Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

| A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT. |
|---|

STATE OF CALIFORNIA
COUNTY OF Alameda } ss

SIGNATURE OF TRUSTOR
Sign: *Sulan Wang*
Print Name: SULAN WANG
Sign: ____
Print Name: ____

On 09/21/2020, 20 20 before me, Ivana Nichkawde, Notary Public, personally appeared Sulan Wang, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Ivana Nichkawde*
SIGNATURE OF NOTARY PUBLIC


IVANA NICHKAWDE
COMM. #2175533
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
My Comm. Exp. Dec. 15, 2020

Form CAND GO-55-B (rev. 10/2015)

*Please see attached obligation and Exhibit A*

Reset All Forms

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK

## OBLIGATION

We, the undersigned, represent and/or agree that:

1. We are the owners of the property pledged in the attached Deed of Trust;

2. In consideration for the release of defendant __Chen Song_____ on bond in the matter of the United States v. __Chen Song_____, Case No. CR __20-MJ-70968 MAG__, we pledge the amount of $ __100,000.00_____ to be secured by the above-mentioned Deed of Trust executed in favor of the United States District Court, Northern District of California.

3. In the event bail is eventually exonerated in said matter, said beneficiary of the Deed of Trust is authorized and requested to execute and acknowledge the Reconveyance document also attached hereto;

4. In the event bail is eventually forfeited for failure to comply with the terms of the bail order, said beneficiary is authorized to request the trustee under the Deed of Trust to proceed with foreclosure under the terms of the Deed of Trust and to submit this document together with the order forfeiting bail and the Deed of Trust as conclusive evidence of default.

_____          _____9/21/2020_____
            Signature                                   Date

_____          _____
            Signature                                   Date

*Form CAND GO-55-A (rev. 3/2015)*

# EXHIBIT A

**For APN/Parcel ID(s):  092-0256-005 (Portion) and 092-0261-028 (Future)**

ALL THAT REAL PROPERTY IN THE CITY OF NEWARK, COUNTY OF ALAMEDA, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS (THE "PROPERTY"):

**PARCEL NO. 1**

LOT 24 (THE *"LOT"*) OF TRACT NO. 8311, AS SHOWN ON THE SUBDIVISION MAP FILED ON MARCH 6, 2018, IN BOOK 353, AT PAGES 17 TO 28, INCLUSIVE, OF MAPS IN THE OFFICE OF THE ALAMEDA COUNTY RECORDER, CALIFORNIA (THE "MAP").

**Ana Banares**

| | |
|---|---|
| **From:** | Ana Banares |
| **Sent:** | Tuesday, January 5, 2021 12:24 PM |
| **To:** | 'ed@smllp.law'; 'audrey@smllp.law' |
| **Cc:** | 'SK CRD@cand.uscourts.gov' |
| **Subject:** | Deed of Trust #2020260754 Property Bond 3:20MJ070968   US v Chen Song |
| **Attachments:** | GO-55.pdf |
| **Importance:** | High |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | 'ed@smllp.law' | |
| | 'audrey@smllp.law' | |
| | 'SK CRD@cand.uscourts.gov' | |
| | SK CRD@cand.uscourts.gov | Failed: 1/5/2021 12:25 PM |

Mr. Swanson,

We received the deed of trust for the above defendant.
According to General Order 55 (attached), the below required documents must be submitted.
Please submit the required document to the court.

## B.   Required Documents

The court requires accurate information concerning the value of and title to any property posted as security for a bond. For each piece of real property posted, documents must be provided to show (1) that the property has enough equity to support its portion of the bond amount, and (2) that the person(s) posting the property is/are the true and only owner(s). There will be no deviation from the requirements set forth below regarding (1) the Obligation, (2) the Deed of Trust, or (3) the Reconveyance (see B.3, 4 & 5 below.)

*Ana Banares*
Financial Supervisor
United States District Court
Northern District of California
https://cand.uscourts.gov
Ana_Banares@cand.uscourts.gov
(415) 522-2050

1